# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARK W. DOBRONSKI, an individual,

    Plaintiff,

v.

ICAN BENEFIT GROUP, LLC,
a Florida limited liability company,
and STEPHEN M. TUCKER, an individual, and VANDA MILENA SAULLE, an individual,

    Defendants.

Case No.

Hon.

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§1441 and 1446, Defendants iCan Benefit Group, Stephen M. Tucker and Vanda Milena Saulle (collectively, the "Defendants") hereby give notice of removal of the above-captioned action from the 14A-4 District Court, City of Saline, State of Michigan, to the United States District Court for the Eastern District of Michigan. In support of removal, the Defendants state:

## State Court Action

1. On September 13, 2018, Plaintiff filed the above captioned case in the State of Michigan, 14A-4 District Court, Saline, Michigan, where it was assigned Case No. 184C1437 (the "State Court Action"). Defendants were served with a copy of the summons and complaint on September 18, 2018.

## Jurisdiction

2. This action is removable to this Court pursuant to 28 U.S.C. § 1441(a), which provides that an action brought in state court of which the district courts have original jurisdiction may be removed to the district court and division embracing the place where such action is pending. Venue is proper in the United States District Court for the Eastern District of Michigan, as this is the District embracing the place where the State Court Action is pending, i.e., Washtenaw County, Michigan. *See* 28 U.S.C. §§ 102(a)(1), 1441(a).

3. In his complaint, plaintiff alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA"). Because these claims arise under the laws of the United States, this Court has original jurisdiction under 28 U.S.C. § 1331 and removal is appropriate under 28 U.S.C. § 1441(a).

4. In the remainder of plaintiff's complaint, plaintiff alleges claims arising under Michigan law. To the extent that these claims are so related to the claims under the TCPA as to form the same case and controversy, this Court has

supplemental jurisdiction under 28 U.S.C. § 1367(a) and removal is appropriate under 28 U.S.C. § 1441(a). To the extent that these claims are separate and distinct from the claims under the TCPA, removal of these claims is appropriate under 28 U.S.C. § 1441(c).

### Procedural Requirements

5. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely, as the Defendants file this Notice of Removal within 30 days from the time a copy of the initial pleading was served or otherwise received by them.

6. Exhibit A contains copies of all process, pleadings, and orders that have been served on the Defendants in the State Court Action in accordance with 28 U.S.C. § 1446(a).

7. Pursuant to 28 U.S.C. § 1446(d), separate copies of this Notice are being sent to the parties that have appeared in the State Court Action.

8. Pursuant to 28 U.S.C. § 1446(d), the Defendants will promptly give notice to the 14A-4 Judicial District Court by filing in that court a Notice of Filing of Removal and a copy of this Notice of Removal. See Exhibit B.

9. The undersigned has read this notice of removal and to the best of the undersigned's knowledge, formed after reasonable inquiry, it is well-grounded in fact, is warranted by existing law and is not interposed for any improper purpose.

This notice of removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

                BODMAN PLC

                By:/s/ Michelle Thurber Czapski
                Michelle Thurber Czapski (P47267)
                Alexandra C. Markel (P74703)
                201 W. Big Beaver Road, Suite 500
                Troy, Michigan 48084
                (248) 743-6000
                mczapski@bodmanlaw.com
                amarkel@bodmanlaw.com
October 18, 2018        Attorneys for Defendants

## CERTIFICATE OF SERVICE

  I hereby certify that on October 18, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system.

  and

  I hereby certify that on October 18, 2018, I have mailed by United States Postal Service the foregoing paper to the following:

Mark W. Dobronski
P.O. Box 85547
Westland, MI 48185-0547

              BODMAN PLC

              By:/s/ Michelle Thurber Czapski
              Michelle Thurber Czapski (P47267)
              201 W. Big Beaver Road, Suite 500
              Troy, MI 48084
              (248) 743-6000

October 18, 2018